**ATT Judge Kathrine P Nelson!!!**

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

22-00479-KD-MU

## PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Donal R Edwards
**Name under which you were convicted**

Amended!!!

22-cv-117

**Your prison number**

Sorry so sorry Judge Nelson!!...

vs. ~~Sheriff Shermike~~
~~Heath Jackson~~ → ESCAMBIA County Corrections office!
**Name of Defendant(s)**

316 Court St 36426,
Brewton County Jail
**Place of Confinement and Address**

had to change some things only 1983 now Thank you MKNI!!!

CIVIL ACTION NO. ~~[illegible]~~
(To be supplied by Clerk of Court)

FILED JUN 24 '22 PM 2:27 USDCALS

## INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form.** You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. **Proper Court.** Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case.** It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. **Defendants.** The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

I need sergery Judge and they wont even treat me!!! loseing feeling in legs can hardly walk!!! geting worse! Also in saver Pain over 13 months medical records state Pain magment

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS.**

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes (✓)   No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes (✓)   No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: Daniel R Edwards

      ESCAMBIA County Corrections office!!

      Defendants: ~~Jeff White, Stephen Bitty and James Eric Coate,~~ Worden Herrick!

   2. Court (if federal court, name the district; if state court, name the county): UNITED STATES DISTRICT Court Southern District

   3. Docket Number: 6 Case #1:22-cv-00117-TFM-N

   4. Were you granted the opportunity to proceed without payment of filing fees?
      Yes ( )   No ( )   Still Pending

   5. Name of judge to whom the case was assigned: KATHERINE P. NelSON

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

      Pending

   7. Approximate date of filing lawsuit: 5/09/22
   8. Approximate date of ruling by court: Pending

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: ESCAMBIA COUNTY JAIL BREWTON AL. 36426

B. Date it occurred: Start 5-14-21 - Still being denied!!!

C. Is there a prisoner grievance procedure in this institution? N/A

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (1) ✓   No ( X )

E. If your answer is YES:

   1. What steps did you take? Nelse Kristy Knowles has medical records showing Dr's orders for meds and pain management
   2. What was the result? was Ignored for 14 months now and cancer testing

F. If your answer is NO, explain why not: ignored

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

Been Held on unfair and unreasonable bond (no bond) now for 14 months on case thats 5 years old; being Denied proper medical treatment for cancer treatment and side afects of sergery from cancer! Just been slung in a cell and denied proper meds and treatment! ~~Also in humain housing do to under staffed under unsanitary no bleach or cleaning saplies! Having had toilet brush or cimicals in 14 months and drinking water black mold every where! Specaly shower over crowded so bad folks use shower to urinate and #2 in all year! This is unhumain!!!~~ check the Court you see! needs to be Investigated Satuation run by warden Hentrick oversaw by Sherifs Heath Jackson

## III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Donal R Edwards

   Your present address: 316 Court St Brewton Ala, 36426

B. <u>Defendant(s)</u>:

1. Defendant (full name) ~~Sheriff Heath~~ ESCAMBIA County Corrections is employed as Sheriff at ESCAMBIA County ~~Jackson~~

   His/her present address is 316 Brewton County Jail

   (a) Claim against this defendant: Denying a person proper medical treatment + medication!! also denying proper cancer testing and Pain management over 14 months! ~~Unhuman~~

   (b) Supporting facts (Include date/location of incident): Detained 5-14-21 — proper medical treatment denying meds and proper test, over 14 months on cancer patient! literaly played with my life!! Attempted murder!!!

2. Defendant (full name) ~~Richard Hetrick~~ is employed as ~~Warden~~ at Brewton County Jail.

   His/her present address is 316 Court St Brewton Ala 36426

   (a) Claim against this defendant: Attempted murder denying one proper medical test for cancer + proper meds and pain mag. ~~Unhuman~~!!

   (b) Supporting facts (Include date/location of incident): medical records from Baptist Cancer Center, and pain management do to Surgery!! ~~Unhuman~~ ~~food~~ ~~...~~ 14 months ~~black~~ mold everywhere ~~over~~ ~~...~~

3. Defendant (full name) _____ is employed as _____ at _____

   His/her present address is _____

   ~~...~~ or Unhuman!!! ~~...~~

5

(a) Claim against this defendant: _____

(b) Supporting facts (Include date/location of incident): _____

*[handwritten margin notes:]* being denied proper medical for cancer!! and pain management. loseing feeling in legs. Need sergery on back. Also!!! will not treat!!! showers — no proper medical treatment — 14 months

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _____

2. When were you convicted? *Pertrial*

3. What is the term of your sentence? _____

4. When did you start serving this sentence? 5-14-21

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )    No (✗)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? _____

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

Writ of habeas  yes( ) no(✓)     yes( ) no(✓)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

**V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):**

Fire said defendets proper houseing proper medical treatment charge for unhumain acts, monitary action.

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

6-11-22
Date

_Donal Edwards_
(Signature of Plaintiff Under Penalty of Perjury)

Home address
6593 Butler ST
Atmore Ala 36502

316 Court St Brewton ala 36426
Current Mailing Address
Home 6593 Butler Atmore Ala 36502

mesage # mother!!!
250 253-7284
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

you have of copy of 6 month canteen

Worden Richard Hetrick has had procced without payment form two weeks!!! now and will not even acknoleage it!!! Had Family call over and over! 4th one to be denied by him! Judge Nelson please Acsept this amended 1983 c. sey 50 $

Donal R Edwards
316 Court St
Brewton Ala. 36426

MONTGOMERY AL 360
22 JUN 2022 PM 3 L



INMATE MAIL

UNITED STATES DISTRICT Court
Southern DISTRICT of Alabama
Clerk 155 St. JOSEPH Street
Mobile Alabama 36602

3660233683 C005