# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DONAL R. EDWARDS, | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACTION: 1:22-00479-KD-MU |
| SHERIFF HEATH JACKSON, *et al.*, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and having considered Plaintiff's objection filed April 8, 2024, the Report and Recommendation of the Magistrate Judge, (Doc. 68), made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R), and dated March 21, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 65), is **GRANTED** and that Plaintiff's action is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **1st** day of **May 2024.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE