IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONAL R. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION: 1:22-00479-KD-MU |
| | ) |
| SHERIFF HEATH JACKSON, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **1st** day of **May 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**